THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY S. BRETTON, Appellant.

Reported below, 144 App. Div. 282; 156 App. Div. 904; 157 App. Div. 341.

(Submitted February 2, 1914; decided February 10, 1914.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 15, 1913, resentencing the defendant for the crime of grand larceny in the second degree.

The motion was made upon the ground of failure to prosecute the appeal.

*Matthew J. Smith* for motion.

No one opposed.

Motion granted and appeal dismissed.